UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-41177 |
|---|---|
| WILLIAM J MARSHALL | (Chapter 13) |
| AMY M MARSHALL | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3999904**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | WILLIAM J MARSHALL<br>809 W. WASHINGTON ST<br>NEW CARLISLE, OH  45344 | 950.66 |
| 0/ 0 | WILLIAM J MARSHALL<br>809 W. WASHINGTON ST<br>NEW CARLISLE, OH  45344 | 346.15 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/16/2010

Certificate of Service                              04-41177

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

WILLIAM J MARSHALL                WAYNE P NOVICK                      (1008.1n)
AMY M MARSHALL                    2135 MIAMISBURG-CENTERVILLE RD      EMERSON KECK
809 W. WASHINGTON ST              CENTERVILLE, OH 45459              15 W FOURTH ST  STE 100
NEW CARLISLE, OH 45344                                               DAYTON, OH 45402

(18.1n)
HOUSEHOLD AUTOMOTIVE FINANCE
C/O THE RAMSEY LAW FIRM PC
PO BOX 201347
ARLINGTON, TX 76006

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner                 bl